417

No. 60518.—American Wine Co. et al. v. United States, protests 262783–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 60519.—Barian Shipping Company, Inc. v. United States, protest 296804–K (New York).

Opinion by JOHNSON, J. It was stipulated that if the certificate of exportation had been filed prior to the liquidation of the entry or the expiration of the collector's review period provided for in section 515, the merchandise would have been liquidated free of duty under paragraph 1615, as amended, *supra*. In view of the stipulation and following Abstract 57104, the claim of the plaintiff was sustained.

No. 60520.—Morganite, Inc. v. United States, protests 283683–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

No. 60521.—Briones & Co., Inc., et al. v. United States, protests 215464–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of

418

the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 60522.**—A. S. Samper & Co. *v.* United States, protest 262825–K (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that four bales of twine reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 60523.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 264416–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not found. The protests were sustained to this extent.

**No. 60524.**—W. A. Camp Co., Inc. *v.* United States, protest 299219–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the duty and import fee were assessed on 26,421 pounds of shelled almonds and that the correct dutiable weight of the said almonds, as imported, was 26,024 pounds, the claim of the plaintiff was sustained. The collector was directed to reliquidate the entry, assessing duty and import fee on the basis of 26,024 pounds.

**No. 60525.**—Frederic Henjes, Jr., Inc. *v.* United States, protests 261843–K and 266474–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 60526.**—Wynpo Trading Co., Inc. *v.* United States, protest 264325–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.